[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 20, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-15982

_____

D. C. Docket No. 02-00252-CV-CB

SCANAM TRANSPORT (USA), INC.,

Plaintiff-Appellant,

versus

TRI-STATE MARITIME SERVICES, INC., et al.,

Defendants,

ROYAL TRUCKING,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(September 20, 2005)

Before BIRCH, HULL and BOWMAN[*], Circuit Judges.

_____

[*]Honorable Pasco Bowman, II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

PER CURIAM:

Having thoroughly reviewed the record, the briefs of the parties and having heard oral argument, we find no reversible error in this case. Accordingly, we AFFIRM the judgment of the district court.